1 Kelly H. Dove, Esq.
Nevada Bar No. 10569
2 Tanya N. Lewis, Esq.
Nevada Bar No. 8855
3 SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
4 Las Vegas, NV 89169
Telephone: (702) 784-5200
5 Facsimile: (702) 784-5252
Email: kdove@swlaw.com
6          tlewis@swlaw.com
7 *Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
8 *(incorrectly sued as*
*Wells Fargo, N.A.)*
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH A. ROBERTS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO, N.A., a Foreign Company, and EXPERIAN INFORMATION SOLUTIONS, INC.; a Foreign Corporation,<br><br>Defendants. | Case No. 2:18-cv-02001-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Joseph A. Roberts ("Plaintiff"), through his attorney, Cogburn Law Offices, and Defendant Wells Fargo Bank, N.A. (incorrectly sued as Wells Fargo, N.A.)("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **December 7, 2018**, in which to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended so

that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

DATED this 15th day of November 2018.

| COGBURN LAW OFFICES | SNELL & WILMER L.L.P. |
|---|---|
| By: _/s/ Eric W. Fox_<br>Jamie S. Cogburn (NV Bar No. 8409)<br>Erik W. Fox (NV Bar No. 8804)<br>2580 St. Rose Parkway, Suite 330<br>Henderson, NV 89074<br>*(signed with permission)*<br><br>*Attorneys for Plaintiffs Joseph A. Roberts* | By: _/s/ Tanya N. Lewis_<br>Kelly H. Dove (NV Bar No. 10569)<br>Tanya N. Lewis (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.*<br>*(incorrectly sued as*<br>*Wells Fargo, N.A.)* |

**ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before December 7, 2018.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED November __16__, 2018.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Kelly H. Dove, Esq.
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(incorrectly sued as*
*Wells Fargo, N.A.)*