1  COGBURN LAW OFFICES
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cogburncares.com
3  Erik W. Fox, Esq.
   Nevada Bar No. 8804
4  ewf@cogburncares.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, Nevada 89074
   Telephone: (702) 748-7777
6  Facsimile: (702) 966-3880
   *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH A. ROBERTS, an individual, | Case Number |
| Plaintiff, | 2:18-cv-02001-MMD-NJK |
| vs. | **STIPULATION AND ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITHOUT PREJUDICE** |
| WELLS FARGO, N.A., a Foreign Company, and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, | |
| Defendants. | |

IT IS HERBY STIPULATED by and between Plaintiff, Joseph A. Roberts ("Plaintiff") and Defendant, Experian Information Solutions, Inc. ("Experian"), by and through their respective

. . .

. . .

. . .

. . .

. . .

. . .

attorneys of record, that all Plaintiff's claims asserted against Experian in the above-captioned shall be and hereby are dismissed without prejudice and each party shall bear its own attorney fees and costs.

Dated this 25th day of April, 2019.                    Dated this 25th day of April, 2019.

**COGBURN LAW OFFICES**                                **NAYLOR & BRASTER**


By:     /s/Erik W. Fox                                 By:     /s/Andrew J. Sharples
Name:   Jamie S. Cogburn, Esq.                         Name:   Jennifer L. Braster, Esq.
        Nevada Bar No. 8409                                    Nevada Bar No. 9982
        Erik W. Fox, Esq.                                      Andrew J. Sharples, Esq.
        Nevada Bar No. 8804                                    Nevada Bar No. 12866
        2508 St. Rose Parkway, Suite 330                       1050 Indigo Drive, Ste. 200
        Henderson, Nevada 89074                                Las Vegas, NV 89145
        *Attorneys for Plaintiff*                              *Attorney for Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

 April 25, 2019
_____
DATE