COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH A. ROBERTS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO, N.A., a Foreign Company, and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendants. | Case Number<br>2:18-cv-02001-MMD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT WELLS FARGO BANK, N.A. WITH PREJUDICE** |

IT IS HERBY STIPULATED by and between Plaintiff, Joseph A. Roberts ("Plaintiff") and Defendant, Wells Fargo Bank, N.A. (incorrectly named as "Wells Fargo, N.A.") ("Wells Fargo"), by and through their respective attorneys of record, that all Plaintiff's claims asserted

. . .

. . .

. . .

. . .

. . .

against Wells Fargo in the above-captioned shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 24th day of May, 2019.                         Dated this 24th day of May, 2019.

**COGBURN LAW OFFICES**                                   **SNELL & WILMER L.L.P.**


By: */s/Erik W. Fox*                                      By: */s/Tanya N. Lewis*
Name: Jamie S. Cogburn, Esq.                              Name: Kelly H. Dove, Esq.
   Nevada Bar No. 8409                                       Nevada Bar No. 10569
   Erik W. Fox, Esq.                                         Tanya N. Lewis, Esq.
   Nevada Bar No. 8804                                       Nevada Bar No. 8855
   2508 St. Rose Parkway, Suite 330                          3883 Howard Hughes Parkway
   Henderson, Nevada 89074                                   Suite 1100
   *Attorneys for Plaintiff*                                 Las Vegas, Nevada 89169
                                                             *Attorneys for Defendant Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

May 28, 2019
DATE